**LAWSON**

Alan Lawson
Lawson Huck Gonzalez, PLLC
Florida Supreme Court Justice (ret.)
101 E. College Avenue, 5th Floor
Tallahassee, Florida 32301
(850) 825-4334 (office)
alan@lawsonhuckgonzalez.com

November 7, 2025

David J. Smith
Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

> Re:  *Nancy Tray, et al. v. Florida State Board of Education, et al.*, Case No. 25-10808 // Notice of Supplemental Authorities

Dear Mr. Smith:

Pursuant to Federal Rule of Appellate Procedure 28(j), Appellees respectfully submit this letter to notify the Court of new cases relevant to the issues presented in this appeal.

On September 4, 2025, the Eleventh Circuit published *Nussbaumer v. Sec'y, Fla. Dep't of Child. & Fams.*, holding that court-ordered domestic violence programming constitutes government speech, even when delivered by private providers. 150 F.4th 1371, 1376-80 (11th Cir. 2025). The Court's reasoning and application of the three-factor test for government speech supports Appellee's argument at pages 30-35 of its Brief that the State Review Process constitutes government speech.

On September 30, 2025, the Northern District of Florida held in *Parnell v. Sch. Bd. of Escambia Cnty., Fla.*, that school library book removals do not implicate First Amendment rights. No. 4:23-CV-414-AW-MAF, 2025 WL 2957001, at *3–5 (N.D. Fla. Sept. 30, 2025). The court reached this conclusion by adopting the Fifth Circuit's reasoning in *Little v. Llano Cnty.*, 138 F.4th 834, 851-65 (5th Cir. 2025) that a public library's book decisions are government speech or simply not a forum at all, such that a school board's decision to remove a book from the library could not violate the First Amendment. This supports Appellees' argument at pages 40-42 of their Brief that the state has broad discretion to dictate

what should and should not be on library shelves such that the State Review Process' restrictions are reasonable. The courts' findings in *Parnell* and *Little* affirm that not only does the state have broad discretion—it has near unlimited power in this area because library book selection is government speech or regardless not a forum. The cases also support Appellees' argument at pages 27-30 that the State Review Process is not a forum at all.

Sincerely,

*/s/ Alan Lawson*
Alan Lawson

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2025 I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: */s/ Alan Lawson*